

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-19-00109-CV

_____

IN RE TY DAVIS REECE, RELATOR

Original Proceeding
Arising From Proceedings Before the 100th District Court
Hall County, Texas
Trial Court No. 3597; Honorable Stuart M. Messer, Presiding

April 9, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

By this original proceeding, Relator, Ty Davis Reece, an inmate proceeding *pro se*, seeks a writ of mandamus to compel the Hall County District Clerk to transmit a copy of his application for a writ of habeas corpus to the Texas Court of Criminal Appeals pursuant to article 11.07, section 3 of the Texas Code of Criminal Procedure. We dismiss this proceeding for want of jurisdiction.

This court has the authority to issue writs of mandamus against a judge of a district or county court in our district and all writs necessary to enforce our jurisdiction. Tᴇx. Gᴏᴠ'ᴛ Cᴏᴅᴇ Aɴɴ. § 22.221(b) (West Supp. 2018). In order for a district clerk to fall within our jurisdictional reach, it must be established that the issuance of the writ of mandamus is necessary to enforce our jurisdiction. *In re Coronado*, 980 S.W.2d 691, 692-93 (Tex. App.—San Antonio 1998, orig. proceeding). Relator does not have an appeal pending in this court nor has he demonstrated that the exercise of our mandamus authority against the Hall County District Clerk is necessary to enforce our jurisdiction. Consequently, we have no authority to issue a writ of mandamus against the Hall County District Clerk.

Relator's petition for writ of mandamus is dismissed for want of jurisdiction.


Per Curiam